(80 South. 145)

HARRELL v. HOOKS. (1 Div. 268.)

(Court of Appeals of Alabama. Nov. 12, 1918.)

APPEAL AND ERROR ☞1031(1)—PREJUDICIAL ERROR—COURT RULES.

Appellant must make it appear that an error was prejudicial, under the Supreme Court rule 45 (175 Ala. xxi, 61 South. ix); injury no longer being presumed.

Appeal from Circuit Court, Washington County; Ben D. Turner, Judge.

Action between C. Eugene Harrell and Mrs. Ella E. Hooks, as executrix. Judgment in favor of the latter, and the former appeals. Affirmed.

Granade & Granade, of Chatom, for appellant.
W. D. Dunn, of Grove Hill, and Armbrecht, McMillan & Caffey, and Gordon & Edington, all of Mobile, for appellee.

BRICKEN, J. On a previous day at the last term of this court, in response to a motion of appellee, the bill of exceptions in this case was stricken. All errors assigned, having reference to matters to be shown by the bill of exceptions, are concluded.

Several errors are assigned on the record, as to rulings on demurrers to pleas; but in view of the fact that there is no bill of exceptions, and assuming, without so deciding, that the court did err in the particulars named, it is not made to appear that the error was prejudicial to appellant. This is necessary under Supreme Court rule 45 (175 Ala. xxi, 61 South. ix).

Injury is no longer presumed. Wilson v. Owens Horse & Mule Co., 14 Ala. App. 467, 70 South. 956.

Affirmed.